Article 397, C.C.P., reads as follows:

"Everything should be stated in an indictment which is necessary to prove."

In the case at bar, the State was required to prove that the accused possessed a bomb and that such bomb came within one of the six enumerated categories set forth in the statute, some of which it will be noted are not explosives. The allegations in the indictment should have shown in which category the proof will fall.

It should be noted that the officers took into their possession the ingredients that went to make up the bomb in the instant case, and the State would have had no difficulty in enumerating them so as to properly apprise the accused of the nature of the charge against him.

The judgment is reversed and the prosecution ordered dismissed.

Charles W. Tessmer and C. A. Droby, Dallas, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

WOODLEY, Judge.

This is a companion case to that of Roach v. State, Tex.Cr.App., 261 S.W.2d 847, and the same question is raised as to the sufficiency of the indictment, the allegation being that appellant possessed and had in his control a bomb, without further allegation as to the particular type, kind or nature thereof.

Having concluded that such an indictment is fatally defective because of such omission, this conviction cannot stand.

The judgment is reversed and the prosecution ordered dismissed.